

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2018

No. 04-18-00069-CV

**IN THE INTEREST OF S.M.G., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01207
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On June 25, 2018, this court received appellant's motion for extension of time in which to file his appellant's brief. Appellant requests an extension of ninety (90) days. Appellant additionally states he "need[s] transcripts for the date of Jan[uary] 19, 2018." We note the clerk of this court forwarded to appellant a copy of the transcripts (court reporter's record) on May 14, 2018.

Appellant's brief in this appeal was originally due on March 20, 2018. Appellant has previously received two extensions of time, which caused appellant's brief to be due on or before June 22, 2018.

We GRANT IN PART appellant's motion for extension of time in which to file his brief. Appellant's brief is due on or before July 23, 2018. **Absent extenuating circumstances, further extensions of time in which to file appellant's brief will be disallowed.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court